

| CHRIS CHRISTIE<br>*Governor*<br><br>KIM GUADAGNO<br>*Lt. Governor* | *State of New Jersey*<br>OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>PO Box 45029<br>Newark, NJ 07101 | CHRISTOPHER S. PORRINO<br>*Attorney General*<br><br>MICHELLE L. MILLER<br>*Acting Director* |

December 18, 2017

VIA ELECTRONIC FILING

Deputy Clerk of Court
United States District Court
District of New Jersey
MLK and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re: Porrino v. Township of Mahwah
       New Jersey Superior Court Docket No. BER-C-282-17
       U.S. District Court Docket No. 2:17-cv-11988-JMV-JBC
       **Motion to Intervene dated December 4, 2017**

Dear Sir or Madam:

  I represent Plaintiffs in the above-referenced matter. In accordance with L.Civ.R. 7.1(d)(5), Plaintiffs request an automatic extension of Robert Moss's Motion to Intervene to the next motion day, January 16, 2018. The originally noticed motion day, January 2, 2018, had not previously been extended or adjourned. Thank you.

           Sincerely yours,

           CHRISTOPHER S. PORRINO
           ATTORNEY GENERAL OF NEW JERSEY

           By: _____
             Farng-Yi D. Foo
             Deputy Attorney General

c: Robert Moss, Movant, pro se
  Matthew Giacobbe, Esq., attorney for Defendant Township of Mahwah
  Eric Harrison, Esq., attorney for Defendant Mahwah Township Council

