

| | *State of New Jersey* | |
|---|---|---|
| CHRIS CHRISTIE<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>PO Box 45029<br>Newark, NJ 07101 | CHRISTOPHER S. PORRINO<br>*Attorney General* |
| KIM GUADAGNO<br>*Lt. Governor* | | MICHELLE L. MILLER<br>*Acting Director* |

December 18, 2017

VIA ELECTRONIC FILING

Deputy Clerk of Court
United States District Court
District of New Jersey
MLK and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    <u>Porrino v. Township of Mahwah</u>
                 New Jersey Superior Court Docket No. BER-C-282-17
                 U.S. District Court Docket No. 2:17-cv-11988-JMV-JBC
                 **Motion to Intervene dated December 4, 2017**

Dear Sir or Madam:

      I represent Plaintiffs in the above-referenced matter. In accordance with L.Civ.R. 7.1(d)(5), Plaintiffs request an automatic extension of Robert Moss's Motion to Intervene to the next motion day, January 16, 2018. The originally noticed motion day, January 2, 2018, had not previously been extended or adjourned. Thank you.

                 Sincerely yours,

                 CHRISTOPHER S. PORRINO
                 ATTORNEY GENERAL OF NEW JERSEY

                 By: _____
                     Farng-Yi D. Foo
                     Deputy Attorney General

c:    Robert Moss, Movant, pro se
      Matthew Giacobbe, Esq., attorney for Defendant Township of Mahwah
      Eric Harrison, Esq., attorney for Defendant Mahwah Township Council

**So Ordered:**

_____ 12/18/17
Judge John Michael Vazquez, U.S.D.J.   Date



124 Halsey Street, Newark, NJ 07101 • TELEPHONE: (973) 648-4802 • FAX: (973) 648-4097
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*