

## METHFESSEL & WERBEL
— A Professional Corporation —

JOEL N. WERBEL>
JOHN METHFESSEL, JR.>
FREDRIC PAUL GALLIN*+^
STEPHEN R. KATZMAN#
WILLIAM S. BLOOM>*
ERIC L. HARRISON*+
MATTHEW A. WERBEL>
MARC DEMBLING*+
LORI BROWN STERNBACK*+
I. BLAKELEY JOHNSTONE,III+*
GINA M. STANZIALE>

Of Counsel
JOHN METHFESSEL, SR.>
(1964-1995)
DONALD L. CROWLEY*+
ED THORNTON*>

Counsel
PAUL J. ENDLER JR.>
GERALD KAPLAN>
JARED P. KINGSLEY*+
JOHN R. KNODEL*+
LESLIE A. KOCH+
CHARLES T. MCCOOK, JR.*>
MARC G. MUCCIOLO>
RICHARD A. NELKE~
STEVEN K. PARNESS+
BRENT R. POHLMAN+
AMANDA J. SAWYER^

Associates
ACHILLE ALIPOUR+
CHRISTIAN R. BAILLIE+
SARAH K. DELAHANT+
EDWARD D. DEMBLING>
JASON D. DOMINGUEZ+
MICHAEL R. EATROFF>
JAMES FOXEN^
JENNIFER M. HERRMANN^=
FRANK J. KEENAN+^

Associates, Cont'd
ALLISON M. KOENKE>
ALICIA C. LANGONE+
VIVIAN LEKKAS+
OLIVIA R. LICATA>
JAMES V. MAZEWSKI+
DIAA J. MUSLEH+
RAINA M. PITTS^
MATTHEW L. RACHMIEL>
WILLIAM J. RADA+
NABILA SAEED^
JARED S. SCHURE>
BORIS SHAPIRO>
STEVEN A. UNTERBURGER+
LEVI E. UPDYKE+^

* Certified by the Supreme Court of
   New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
>Member of NJ Bar only
  Member of PA Bar only
#Member of NJ & LA. Bar
<Member of NJ & DC Bar
>Member of NJ, PA & DC Bar
~Member of NY, NJ & DC Bar
=Member of FL Bar

**Please reply to New Jersey**

December 21, 2017

VIA ELECTRONIC FILING
Honorable James B. Clark, III, U.S.M.J.
United States District Court, District of New Jersey Newark
M.L. King, Jr. Federal Bldg. & Courthouse
Room 2042, 50 Walnut St.
Newark, NJ 07102

RE:   **ATTORNEY GENERAL OF NJ VS. TOWNSHIP OF MAHWAH, ET AL.**
Our File No.        :  85436 ELH
Docket No.         :  2:17-CV-11988-JMV-JBC

Dear Judge Clark:

On behalf of all parties, we request that the Court enter as an Order the enclosed stipulation granting an extension until January 30, 2018 within which to file an Answer to the Complaint.

We appreciate the Court's consideration of this request.

Respectfully submitted,
**METHFESSEL & WERBEL, ESQS.**

Eric L. Harrison
harrison@methwerb.com
Ext. 138

ELH:adl/Encl.

cc:   VIA ELECTRONIC FILING
      James R. Michael, Esq.
      Attorney General of New Jersey
      Division of Law
      Chief, Civil Rights Section
      Newark, NJ 07102

Methfessel & Werbel, Esqs.
Our File No. 85436 ELH
Page 2

       Matthew J. Giacobbe, Esq.
       Cleary Giacobbe Alfieri Jacobs, LLC
       169 Ramapo Valley Road
       Upper Level 105
       Oakland, New Jersey 07436

Eric L. Harrison - ID #033381993
METHFESSEL & WERBEL, ESQS.
2025 Lincoln Highway, Suite 200
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
1(732) 248-2355
mailbox@methwerb.com
Attorneys for Township Council of Mahwah
Our File No.  85436 ELH

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER S. PORRINO, ATTORNEY GENERAL OF NEW JERSEY. CRAIG SASHIHARA, DIRECTOR OF THE NEW JERSEY DIVISION ON CIVIL RIGHTS, AND BOB MARTIN, COMMISSIONER OF THE DEPARTMENT OF ENVIRONMENTAL PROTECTION<br><br>Plaintiffs,<br><br>V.<br><br>TOWNSHIP OF MAHWAH AND MAHWAH TOWNSHIP COUNCIL<br><br>Defendants. | CIVIL ACTION NO: 2:17-cv-11988-JMV-JBC<br><br><br>**CONSENT ORDER EXTENDING TIME TO ANSWER** |

**IT IS** hereby agreed and stipulated between the parties that the time within which the defendant, Township of Mahwah and Mahwah Township Council be allowed to file an Answer or respond be and is hereby extended until January 30, 2018.


_____
James R. Michael, Esq.
Attorney General of New Jersey
Attorneys for Plaintiff,
Attorney General of New Jersey

_____
Eric L. Harrison
Methfessel & Werbel, Esqs.
Attorneys for Defendant,
Township Council of Mahwah

Matthew Giacobbe,
Attorney for Defendant
Township of Mahway
Cleary Giacobbe Alfieri Jacobs
169 Ramapo Valley Road
Upper Level 105
Oakland, New Jersey 07436

DATED:  December 12, 2017