Eric L. Harrison - ID #033381993
METHFESSEL & WERBEL, ESQS.
2025 Lincoln Highway, Suite 200
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
1(732) 248-2355
mailbox@methwerb.com
Attorneys for Township Council of Mahwah
Our File No. 85436 ELH

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER S. PORRINO, ATTORNEY GENERAL OF NEW JERSEY. CRAIG SASHIHARA, DIRECTOR OF THE NEW JERSEY DIVISION ON CIVIL RIGHTS, AND BOB MARTIN, COMMISSIONER OF THE DEPARTMENT OF ENVIRONMENTAL PROTECTION<br><br>Plaintiffs,<br><br>V.<br><br>TOWNSHIP OF MAHWAH AND MAHWAH TOWNSHIP COUNCIL<br><br>Defendants. | CIVIL ACTION NO: 2:17-cv-11988-JMV-JBC<br><br>**CONSENT ORDER EXTENDING TIME TO ANSWER** |

**IT IS** hereby agreed and stipulated between the parties that the time within which the defendant, Township of Mahwah and Mahwah Township Council be allowed to file an Answer or respond be and is hereby extended until January 30, 2018.

_____
James R. Michael, Esq.
Attorney General of New Jersey
Attorneys for Plaintiff,
Attorney General of New Jersey

_____
Eric L. Harrison
Methfessel & Werbel, Esqs.
Attorneys for Defendant,
Township Council of Mahwah

/s/ Matthew Giacobbe
Matthew Giacobbe,
Attorney for Defendant
Township of Mahway
Cleary Giacobbe Alfieri Jacobs
169 Ramapo Valley Road
Upper Level 105
Oakland, New Jersey 07436

DATED: December 12, 2017

SO ORDERED

s/James B. Clark
James B. Clark, U.S.M.J.
Date: 12/27/2017