CHRIS CHRISTIE
*Governor*

KIM GUADAGNO
*Lt. Governor*

*State of New Jersey*
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
PO Box 45029
Newark, NJ 07101

CHRISTOPHER S. PORRINO
*Attorney General*

MICHELLE L. MILLER
*Acting Director*

January 11, 2018

VIA ELECTRONIC FILING

Hon. John Michael Vazquez, U.S.D.J.
United States District Court
District of New Jersey
MLK and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

   Re: <u>Porrino v. Township of Mahwah and Mahwah Township Council</u>
      New Jersey Superior Court Docket No. BER-C-282-17
      U.S. District Court Docket No. 2:17-cv-11988-JMV-JBC
      **December 4, 2017 Motion to Intervene**

Dear Judge Vazquez:

  I represent Plaintiffs in the above-referenced matter, who obtained one automatic extension of Robert Moss's Motion to Intervene, currently listed for a January 16, 2018 decision on the papers. Plaintiffs now respectfully request an adjournment of the motion to March 19, 2018. Given certain factual developments in late December, Plaintiffs sought to have the motion withdrawn without prejudice, in lieu of submitting opposition or requesting further adjournment. Mr. Moss has communicated that he would like to move forward with the motion. Plaintiffs, therefore, request additional time to respond. Mr. Moss and Defendants consent to the requested adjournment.

  Thank you for your attention to this matter.

        Respectfully,

        CHRISTOPHER S. PORRINO
        ATTORNEY GENERAL OF NEW JERSEY

        By: s/Farng-Yi Foo
          Farng-Yi D. Foo
          Deputy Attorney General



124 Halsey Street, Newark, NJ 07101 • TELEPHONE: (973) 648-4802 • FAX: (973) 648-3956
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

January 11, 2018  
Page 2

c:    Robert Moss, Movant, pro se  
      Matthew Giacobbe, Esq., attorney for Defendant Township of Mahwah  
      Eric Harrison, Esq., attorney for Defendant Mahwah Township Council