

# METHFESSEL & WERBEL
*A Professional Corporation*

JOEL N. WERBEL>
JOHN METHFESSEL, JR.>
FREDRIC PAUL GALLIN*+^
STEPHEN R. KATZMAN#
WILLIAM S. BLOOM>*
ERIC L. HARRISON*+
MATTHEW A. WERBEL>
MARC DEMBLING*+
LORI BROWN STERNBACK*+
I. BLAKELEY JOHNSTONE,III+*
GINA M. STANZIALE>

Of Counsel
JOHN METHFESSEL, SR.>
(1964-1995)
DONALD L. CROWLEY*+
ED THORNTON*>

Counsel
JOSEPH D. CASTELLUCCI, JR.>
PAUL J. ENDLER JR.>
GERALD KAPLAN>
JARED P. KINGSLEY*+
JOHN R. KNODEL*+
LESLIE A. KOCH+
CHARLES T. MCCOOK, JR.*>
MARC G. MUCCIOLO>
RICHARD A. NELKE~
STEVEN K. PARNESS+
BRENT R. POHLMAN+
AMANDA J. SAWYER^

Associates
ACHILLE ALIPOUR+
CHRISTIAN R. BAILLIE+
SARAH K. DELAHANT+
EDWARD D. DEMBLING>
JASON D. DOMINGUEZ+
MICHAEL R. EATROFF>
JAMES FOXEN^
JENNIFER M. HERRMANN^=
FRANK J. KEENAN+>

Associates, Cont'd
ALLISON M. KOENKE>
ALICIA C. LANGONE+
VIVIAN LEKKAS+
OLIVIA R. LICATA>
JAMES V. MAZEWSKI+
DIAA J. MUSLEH+
RAINA M. PITTS^
MATTHEW L. RACHMIEL>
WILLIAM J. RADA+
NABILA SAEED^
JARED S. SCHURE>
BORIS SHAPIRO>
STEVEN A. UNTERBURGER+
LEVI E. UPDYKE+^

* Certified by the Supreme Court of
   New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
>Member of NJ Bar only
   Member of PA Bar only
#Member of NJ & LA. Bar
<Member of NJ & DC Bar
≥Member of NJ, PA & DC Bar
~Member of NY, NJ & DC Bar
=Member of FL Bar

**Please reply to New Jersey**

January 29, 2018

VIA ELECTRONIC FILING
Hon. James B. Clark, III, U.S.M.J.
United States District Court
M.L. King, Jr. Federal Bldg. & Courthouse
Room 2042, 50 Walnut St.
Newark, NJ 07102

RE: **ATTORNEY GENERAL OF NJ VS. TOWNSHIP OF MAHWAH, ET AL.**
  Our File No.    : 85436 ELH
  Docket No.      : 2:17-CV-11988-JMV-JBC

Dear Judge Clark:

My office represents the Township Council of Mahwah. Currently the deadline to file Answers is January 30, 2018. As the parties are currently engaged in settlement negotiations, with the consent of Plaintiff's counsel we request, on behalf of both the Township and the Township Council, an extension of 14 days within which to file Answers. This would render our Answers due on or before February 13, 2018.

We appreciate the Court's consideration of this request.

Respectfully submitted,

**METHFESSEL & WERBEL, ESQS.**

Eric L. Harrison
harrison@methwerb.com
Ext. 138

ELH:adl

Methfessel & Werbel, Esqs.
Our File No. 85436 ELH
Page 2

cc: **<u>VIA ELECTRONIC FILING</u>**

    James R. Michael, Esq.
    Attorney General of New Jersey
    Division of Law
    Chief, Civil Rights Section
    PO Box 45029
    Newark, NJ 07102

    Matthew J. Giacobbe, Esq.
    Cleary Giacobbe Alfieri Jacobs, LLC
    169 Ramapo Valley Road
    Upper Level 105
    Oakland, New Jersey 07436