

**METHFESSEL & WERBEL**
— A Professional Corporation —

JOEL N. WERBEL>
JOHN METHFESSEL, JR.>
FREDRIC PAUL GALLIN*^
STEPHEN R. KATZMAN#
WILLIAM S. BLOOM>*
ERIC L. HARRISON*+
MATTHEW A. WERBEL>
MARC DEMBLING*+
LORI BROWN STERNBACK*+
I. BLAKELEY JOHNSTONE,III+*
GINA M. STANZIALE>

**Of Counsel**
JOHN METHFESSEL, SR.>
(1964-1995)
DONALD L. CROWLEY*+
ED THORNTON*>

**Counsel**
JOSEPH D. CASTELLUCCI, JR.>
PAUL J. ENDLER JR.>
GERALD KAPLAN>
JARED P. KINGSLEY*+
JOHN R. KNODEL*
LESLIE A. KOCH>
CHARLES T. MCCOOK, JR.*>
MARC G. MUCCIOLO>
RICHARD A. NELKE~
STEVEN K. PARNESS+
BRENT R. POHLMAN+
AMANDA J. SAWYER^

**Associates**
ACHILLE ALIPOUR+
CHRISTIAN R. BAILLIE~
SARAH K. DELAHANT+
EDWARD D. DEMBLING>
JASON D. DOMINGUEZ+
MICHAEL R. EATROFF>
JAMES FOXEN^
JENNIFER M. HERRMANN*=
FRANK J. KEENAN+^

**Associates, Cont'd**
ALLISON M. KOENKE>
ALICIA C. LANGONE+
VIVIAN LEKKAS+
OLIVIA R. LICATA>
JAMES V. MAZEWSKI+
DIAA J. MUSLEH+
RAINA M. PITTS^
MATTHEW L. RACHMIEL>
WILLIAM J. RADA+
NABILA SAEED^
JARED S. SCHURE>
BORIS SHAPIRO>
STEVEN A. UNTERBURGER+
LEVI E. UPDYKE+^

\* Certified by the Supreme Court of
   New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
>Member of NJ Bar only
≤Member of PA Bar only
#Member of NJ & LA. Bar
<Member of NJ & DC Bar
≥Member of NJ, PA & DC Bar
~Member of NY, NJ & DC Bar
=Member of FL Bar

**Please reply to New Jersey**

January 29, 2018

VIA ELECTRONIC FILING
Hon. James B. Clark, III, U.S.M.J.
United States District Court
M.L. King, Jr. Federal Bldg. & Courthouse
Room 2042, 50 Walnut St.
Newark, NJ 07102

RE:   **ATTORNEY GENERAL OF NJ VS. TOWNSHIP OF MAHWAH, ET
      AL.**
      Our File No.      :   85436 ELH
      Docket No.        :   2:17-CV-11988-JMV-JBC

Dear Judge Clark:

My office represents the Township Council of Mahwah.   Currently the
deadline to file Answers is January 30, 2018.  As the parties are currently
engaged in settlement negotiations, with the consent of Plaintiff's counsel
we request, on behalf of both the Township and the Township Council, an
extension of 14 days within which to file Answers. This would render our
Answers due on or before February 13, 2018.

We appreciate the Court's consideration of this request.

Respectfully submitted,

**METHFESSEL & WERBEL, ESQS.**

Eric L. Harrison
harrison@methwerb.com
Ext. 138

SO ORDERED
_s/James B. Clark_
James B. Clark, U.S.M.J.
Date: 1/30/2018

ELH:adl

2025 Lincoln Highway • Suite 200 • P.O. Box 3012 • Edison, NJ 08818 • (732) 248-4200 • FAX (732) 248-2355
450 Seventh Avenue • Suite 1400 • New York, NY 10123 • (212) 947-1999 • FAX (212) 947-3332
1500 Market Street • 12th Floor, East Tower • Philadelphia, PA 19102 • (215) 665-5622 • FAX (215) 665-5623
www.njinslaw.com