

**CHRIS CHRISTIE**
*Governor*

**KIM GUADAGNO**
*Lt. Governor*

*State of New Jersey*
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
PO Box 45029
Newark, NJ 07101

**CHRISTOPHER S. PORRINO**
*Attorney General*

**MICHELLE L. MILLER**
*Acting Director*

January 11, 2018

VIA ELECTRONIC FILING

Hon. John Michael Vazquez, U.S.D.J.
United States District Court
District of New Jersey
MLK and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

SO ORDERED
_s/James B. Clark_
James B. Clark, U.S.M.J.
Date: 1/30/2018

Re:   Porrino v. Township of Mahwah and Mahwah Township Council
New Jersey Superior Court Docket No. BER-C-282-17
U.S. District Court Docket No. 2:17-cv-11988-JMV-JBC
**December 4, 2017 Motion to Intervene**

Dear Judge Vazquez:

I represent Plaintiffs in the above-referenced matter, who obtained one automatic extension of Robert Moss's Motion to Intervene, currently listed for a January 16, 2018 decision on the papers. Plaintiffs now respectfully request an adjournment of the motion to March 19, 2018. Given certain factual developments in late December, Plaintiffs sought to have the motion withdrawn without prejudice, in lieu of submitting opposition or requesting further adjournment. Mr. Moss has communicated that he would like to move forward with the motion. Plaintiffs, therefore, request additional time to respond. Mr. Moss and Defendants consent to the requested adjournment.

Thank you for your attention to this matter.

Respectfully,

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY

By:_____s/Farng-Yi Foo_____
Farng-Yi D. Foo
Deputy Attorney General



124 Halsey Street, Newark, NJ 07101 • TELEPHONE: (973) 648-4802 • FAX: (973) 648-3956
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*