**ELECTRONICALLY FILED**

| | |
|---|---|
| CHRISTOPHER S. PORRINO, ATTORNEY GENERAL OF NEW JERSEY, CRAIG SASHIHARA, DIRECTOR OF THE NEW JERSEY DIVISION ON CIVIL RIGHTS, AND BOB MARTIN, COMMISSIONER OF THE DEPARTMENT OF ENVIRONMENTAL PROTECTION<br><br>Plaintiffs,<br><br>V.<br><br>TOWNSHIP OF MAHWAH AND MAHWAH TOWNSHIP COUNCIL<br><br>Defendants. | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO: 2:17-cv-11988-JMV-JBC<br><br>STIPULATION EXTENDING TIME TO FILE AN ANSWER, MOVE, OR OTHERWISE REPLY TO THE COMPLAINT |

**IT IS** hereby stipulated by and between the parties herein acting through their respective counsel as identified by their signatures below that the prescribed period of time within which the above named Defendants, Township of Mahwah, and Mahwah Township Council may answer, move, or otherwise respond to the Complaint be extended for an additional twenty-one (21) days or until Tuesday, March 6, 2018.

**ATTORNEY GENERAL OF THE STATE OF NEW JERSEY**
Attorneys for Plaintiffs

By:   s/James R. Michael
        James R. Michael, Esq.,
        Deputy Attorney General

DATED: February 12, 2018

**METHFESSEL & WERBEL, ESQS.**
Attorneys for Township Council of Mahwah

By: _s/ Eric L. Harrison_
Eric L. Harrison, Esq.

DATED: February 12, 2018

**CLEARY, GIACOBBE, ALFIERI & JACOBS, LLC**
Attorneys for Township of Mahwah

By: _s/ Ruby Kumar-Thompson_
Ruby Kumar-Thompson, Esq.

~~DATED: February 12, 2018~~

**It is so Ordered:**

_____
James B. Clark,

DATED: 2/13/2018