# CLEARY | GIACOBBE | ALFIERI | JACOBS LLC

RUBY KUMAR-THOMPSON, Partner
rkumarthompson@cgajlaw.com

Reply to: Oakland Office

March 2, 2018

SO ORDERED
s/James B. Clark
James B. Clark, U.S.M.J.
Date 3/5/2018

**VIA ELECTRONIC FILING**
Honorable James B. Clark, USMJ
Clerk, United States District Court
Martin Luther King, Jr. Federal Bldg. &
U.S. Courthouse
50 Walnut Street, Rm. 4015
Newark, NJ 07101

RE: **PORRINO V. TOWNSHIP OF MAHWAH ET AL.**
Civil Action No.: Docket No. 2:17-cv-11988-JMV-JBC

Dear Judge Clark:

This office represents the Township of Mahwah in the above-referenced matter. Presently, Defendants, Township of Mahwah's and the Mahwah Township Council's Answer to the Complaint is due on March 6, 2018. The parties hereby jointly request an additional three (3) week extension in order to respond to the Complaint. The reason for the request is that the parties need additional time to discuss terms for potential resolution of this matter. Plaintiffs have consented to this request for an adjournment. Thus, it is respectfully requested that Defendants be granted another short extension until March 27, 2018 in order to respond to the Complaint.

Sincerely,

RUBY KUMAR-THOMPSON, ESQ.

RKT/cms
Cc: Eric L. Harrison, Esq. (via electronic filing)
James R. Michael, Esq., Deputy Attorney General (via electronic filing)

169 Ramapo Valley Road
Upper Level 105
Oakland, NJ 07436
Tel 973 845-6700
Fax 201 644-7601

955 State Route 34
Suite 200
Oakland, NJ 07747
Tel 732 583-7474
Fax 732 290-0753

www.cgajlaw.com