UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(973) 776-7700

| | |
|---|---|
| **CHAMBERS OF**<br>**JAMES B. CLARK, III**<br>**UNITED STATES MAGISTRATE JUDGE** | **U.S. COURTHOUSE**<br>2 FEDERAL SQUARE, ROOM 369<br>NEWARK, NJ 07101 |

May 11, 2018

## LETTER ORDER

Re:   **Porrino v. Township of Mahwah, et al.**
      **Civil Action No. 17-11988 (KM)**

Dear Counsel:

As discussed during the conference held in this matter earlier today, the Court will conduct a settlement conference with the parties on **July 2, 2018 at 2:00 PM**. All counsel and clients with full settlement authority shall be present, in-person at the conference. By no later than **June 27, 2018**, the parties are to submit separate confidential ex parte settlement position papers not to exceed five (5) pages. Such letters are not to be filed, but are to be sent directly to Chambers via email (JBC_orders@njd.uscourts.gov). Formal discovery is stayed pending the conference, but the parties are encouraged to cooperate in the exchange of documents and other materials in aid of settlement.

**IT IS SO ORDERED.**

   s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**