**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**(973) 776-7700**

**CHAMBERS OF**
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
**2 FEDERAL SQUARE, ROOM 369**
**NEWARK, NJ 07101**

July 5, 2018

**LETTER ORDER**

**Re: Porrino v. Township of Mahwah, et al.**
**Civil Action No. 17-11988 (KM)**

Dear Counsel:

As discussed during the conference held in this matter on July 2, 2018 and for the reasons set forth on the record, the Court orders the following:

1) Fact discovery shall be completed by **September 30, 2018**.

2) Defendants' request for leave to file a motion to dismiss is **DENIED**.

**IT IS SO ORDERED.**

s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**