UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>**UNITED STATES MAGISTRATE JUDGE** | U.S. COURTHOUSE<br>2 FEDERAL SQUARE, ROOM 369<br>NEWARK, NJ 07101 |

August 7, 2018

**LETTER ORDER**

Re:   **Porrino v. Township of Mahwah, et al.**
      **Civil Action No. 17-11988 (KM)**

Dear Counsel:

The Court will conduct a settlement conference with the parties on **August 27, 2018 at 2:00 PM**. All counsel and clients with full settlement authority shall be present, in-person at the conference. By no later than **August 23, 2018**, the parties are to submit separate confidential ex parte settlement position papers not to exceed five (5) pages. Such letters are not to be filed, but are to be sent directly to Chambers via email (JBC_orders@njd.uscourts.gov).

**IT IS SO ORDERED.**

    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**