

| | | |
|---|---|---|
| CHRIS CHRISTIE<br>*Governor* | **State of New Jersey**<br>OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>PO Box 45029<br>Newark, NJ 07101 | GURBIR S. GREWAL<br>*Attorney General* |
| KIM GUADAGNO<br>*Lt. Governor* | | MICHELLE L. MILLER<br>*Director* |

September 17, 2018

Hon. John Michael Vazquez, U.S.D.J.
United States District Court
District of New Jersey
2 Federal Square, Room 417
Newark, New Jersey 07102

     Re: <u>Grewal et al. v. Township of Mahwah and Mahwah Township Council</u>
       U.S. District Court Docket No. 2:17-cv-11988-JMV-JBC

Dear Judge Vazquez:

  This office represents the Plaintiffs in the above referenced matter. The parties to the above matter have reached an amicable resolution, and the terms of settlement have been incorporated in the attached Consent Order and Final Judgment, which is provided for your Honor's consideration and entry.

  Thank you for your consideration. Please do not hesitate to contact me should you have any questions.

              Respectfully submitted,

              GURBIR S. GREWAL
              ATTORNEY GENERAL OF NEW JERSEY

              By: _____
                James R. Michael
                Deputy Attorney General

c: Eric Harrison, Esq.
  Matthew Giacobbe, Esq.
  Megan Harris, DAG



124 Halsey Street • TELEPHONE: (973) 648-4802 • FAX: (973) 648-3956
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*