Jonathan Testa, Esq.
Attorney ID: 015152009
**Dorsey & Semrau**
714 Main Street
Boonton, New Jersey 07005
T:(973)334-1900
F:(973)334-3408
jtesta@dorseysemrau.com
Attorneys Defendants Township of Mahwah
and Mahwah Township Council

| | |
|---|---|
| GURBIR S. GREWAL, Attorney General of New Jersey; CRAIG SASHIHARA, Director of the New Jersey Division on Civil Rights; and CATHERINE R. McCABE, Commissioner of the Department of Environmental Protection,<br><br>Plaintiffs,<br><br>-vs-<br><br>TOWNSHIP OF MAHWAH and MAHWAH TOWNSHIP COUNCIL<br><br>Defendants. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY (NEWARK VICINAGE)**<br><br>**CIVIL ACTION NO.: 2:17-CV-11988-JMV-JBC**<br><br>**NOTICE OF MOTION TO ENFORCE CONSENT DECREE AND TO DISMISS MATTER WITH PREJUDICE**<br><br>**MOTION DAY: FEBRUARY 21, 2023**<br><br>**ORAL ARGUMENT IS REQUESTED** |

**TO:** Chief, Deputy Attorney General James Michael, Esq.
New Jersey Division of Law,
Administrative Practice - Newark Group
Administrative Civil Rights Section
124 Halsey Street 5th Floor (PO Box 45029)
Newark, New Jersey 07101
Emails: james.michael@law.njoag.gov;
NJAG.ElectronicService.CivilMatters@law.njoag.gov
(Attorney for Plaintiffs)

**PLEASE TAKE NOTICE** that on February 21, 2023, at nine o'clock in the forenoon, or as soon thereafter as counsel may be heard, Defendants Township of Mahwah and the Mahwah Township Council (hereinafter "Defendants" or "Township"), by and through their attorneys, Dorsey & Semrau (Jonathan Testa, Esq., appearing), shall apply to the United States District Court for the District of New Jersey, for an Order enforcing the terms and conditions of the prior

1

"Consent Order and Final Judgment" issued on September 24, 2018, and entry of an Order dismissing this matter with prejudice.

**PLEASE TAKE FURTHER NOTICE** that Defendants shall rely on the attached Legal Brief, Certification of Counsel, Certification of Township Administrator and exhibits annexed thereto in support of this Motion.

**PLEASE TAKE FURTHER NOTICE** A proposed form of Order is annexed hereto.

        Respectfully submitted,
        **Dorsey & Semrau, LLC**
        Attorneys for Defendants
        Township of Mahwah and
        Mahwah Township Council

By:   */s/ Jonathan Testa*
       JONATHAN TESTA, ESQ.
       Attorney ID: 015152009
       714 Main Street
       Boonton, New Jersey 07005
       T:(973)334-1900
       Email: jtesta@dorseysemrau.com

Dated: January 24, 2023