# EXHIBIT "C"

# Jonathan Testa

| | |
|---|---|
| **From:** | Jonathan Testa |
| **Sent:** | Monday, October 24, 2022 3:49 PM |
| **To:** | 'james.michael@law.njoag.gov' |
| **Cc:** | Fred Semrau (fsemrau@dorseysemrau.com); Susan Sharpe; Tammy Probst-Smith; 'BKezmarsky@mahwahtwp.org' |
| **Subject:** | Gurbir S. Grewal v. Township of Mahwah; Civil Action No. 2:17-cv-11988 |
| **Attachments:** | 22-10-24 LTR TO AG.pdf; 18-9-17 MAHWAH ORDER ENTERED (002) (002).pdf; GREWAL V MAHWAH STIP OF DISMISSAL.docx |

| Tracking: | Recipient | Delivery | Read |
|---|---|---|---|
| | 'james.michael@law.njoag.gov' | | |
| | Fred Semrau (fsemrau@dorseysemrau.com) | Delivered: 10/24/2022 3:49 PM | Read: 11/6/2022 7:10 AM |
| | Susan Sharpe | Delivered: 10/24/2022 3:49 PM | |
| | Tammy Probst-Smith | Delivered: 10/24/2022 3:49 PM | Read: 10/24/2022 3:52 PM |
| | 'BKezmarsky@mahwahtwp.org' | | |

Dear Chief Deputy Attorney General Michael:

Fred Semrau, Esq., of this Office serves as the Municipal Attorney for the Township of Mahwah ("Township"). On behalf of the Township, we write to you regarding the above-referenced litigation, which was previously resolved pursuant to a Consent Order and Final Judgment entered on September 24, 2018, a copy of which is enclosed herein for ease of reference and your review (hereinafter "Consent Order").

In this regard, the Consent Order and Final Judgment entered in the above-referenced litigation on September 24, 2018 included, amongst other items, certain responsibilities as to the Township's record-keeping, reporting and record access for a period of four years from September 24, 2018. (See pp. 4-7:¶¶7-9&11 of Consent Order attached hereto). Pursuant to the express terms of the Consent Order, at this juncture the Township's responsibilities set forth in the Consent Order have since been fully satisfied and this matter should be officially terminated.

In light thereof, at this time we respectfully request that the State execute the attached stipulation of dismissal with prejudice, and return same to the undersigned for filing in the above-referenced matter within seven (7) business days. Your courtesies and cooperation in this regard are greatly appreciated.

Should you have any questions or concerns, please do not hesitate to contact the undersigned directly at (973) 334-1900 at any time.

Very truly yours,

Jonathan Testa, Esq.
Dorsey & Semrau, LLC
714 Main Street
Boonton, NJ 07005
973-334-1900

1

FAX: 973-334-3408
jtesta@dorseysemrau.com

CONFIDENTIALITY NOTICE: This electronic message contains information from the law firm of Dorsey & Semrau. This email and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please forward same to sender and destroy the original transmission and its attachments without reading or saving in any manner.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

# Jonathan Testa

| | |
|---|---|
| **From:** | Jonathan Testa |
| **Sent:** | Wednesday, November 16, 2022 10:34 AM |
| **To:** | james.michael@law.njoag.gov |
| **Cc:** | Fred Semrau (fsemrau@dorseysemrau.com); Susan Sharpe; Tammy Probst-Smith; BKezmarsky@mahwahtwp.org |
| **Subject:** | Follow-up re: Gurbir S. Grewal v. Township of Mahwah; Civil Action No. 2:17-cv-11988 |
| **Attachments:** | 22-10-24 LTR TO AG.pdf; 18-9-17 MAHWAH ORDER ENTERED (002) (002).pdf; GREWAL V MAHWAH STIP OF DISMISSAL.docx; Grewal v. Mahwah USPS.com® - USPS Tracking® Results.pdf; Read: Gurbir S. Grewal v. Township of Mahwah; Civil Action No. 2:17-cv-11988 |

| Tracking: | Recipient | Delivery | Read |
|---|---|---|---|
| | james.michael@law.njoag.gov | | |
| | Fred Semrau (fsemrau@dorseysemrau.com) | Delivered: 11/16/2022 10:34 AM | |
| | Susan Sharpe | Delivered: 11/16/2022 10:34 AM | |
| | Tammy Probst-Smith | Delivered: 11/16/2022 10:34 AM | Read: 11/16/2022 10:38 AM |
| | BKezmarsky@mahwahtwp.org | | |

Dear Chief Deputy Attorney General Michael:

As you may recall, Dorsey and Semrau serves as the Municipal Attorneys for the Township of Mahwah. On October 24, 2022, the undersigned sent to you via email, regular and certified mail, correspondence requesting the Attorney General execute the attached stipulation of dismissal with prejudice for the purpose of execution and filing to formally bring the litigation of Gurbir S. Grewal v. Township of Mahwah; Civil Action No. 2:17-cv-11988 to final conclusion.

In this regard, please be reminded that this matter was previously resolved pursuant to a Consent Order and Final Judgment entered on September 24, 2018, a copy of which is enclosed herein for ease of reference and your review (hereinafter "Consent Order"). The Consent Order and Final Judgment entered in the above-referenced litigation on September 24, 2018 included, amongst other items, certain responsibilities as to the Township's record-keeping, reporting and record access for a period of four years from September 24, 2018. (See pp. 4-7:¶¶7-9&11 of Consent Order attached hereto). Pursuant to the express terms of the Consent Order, at this juncture the Township's responsibilities set forth in the Consent Order have since been fully satisfied and fulfilled. Accordingly, this matter should be officially terminated by dismissal of this matter with prejudice in accordance with ¶13 of the Consent Order).

To date, we have not received a response from the State despite this office receiving confirmation of a both a "read receipt" of my prior email of October 24, 2022, as well as a "delivery" confirmation that the certified mail was received by your office. If you take issue with the stipulation of dismissal or otherwise have suggestions concerns with proceeding in this proposed manner, we request that you promptly advise of same so that we can bring this matter to its final conclusion in short order.

Please do not hesitate to contact the undersigned directly at (973) 334-1900 at any time.

Very truly yours,

1

Jonathan Testa, Esq.
Dorsey & Semrau, LLC
714 Main Street
Boonton, NJ 07005
973-334-1900
FAX: 973-334-3408
jtesta@dorseysemrau.com

CONFIDENTIALITY NOTICE: This electronic message contains information from the law firm of Dorsey & Semrau. This email and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please forward same to sender and destroy the original transmission and its attachments without reading or saving in any manner.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Jonathan Testa
**Sent:** Monday, October 24, 2022 3:49 PM
**To:** 'james.michael@law.njoag.gov' <james.michael@law.njoag.gov>
**Cc:** Fred Semrau (fsemrau@dorseysemrau.com) <fsemrau@dorseysemrau.com>; Susan Sharpe <ssharpe@dorseysemrau.com>; Tammy Probst-Smith <tprobst@dorseysemrau.com>; 'BKezmarsky@mahwahtwp.org' <BKezmarsky@mahwahtwp.org>
**Subject:** Gurbir S. Grewal v. Township of Mahwah; Civil Action No. 2:17-cv-11988

Dear Chief Deputy Attorney General Michael:

  Fred Semrau, Esq., of this Office serves as the Municipal Attorney for the Township of Mahwah ("Township"). On behalf of the Township, we write to you regarding the above-referenced litigation, which was previously resolved pursuant to a Consent Order and Final Judgment entered on September 24, 2018, a copy of which is enclosed herein for ease of reference and your review (hereinafter "Consent Order").

  In this regard, the Consent Order and Final Judgment entered in the above-referenced litigation on September 24, 2018 included, amongst other items, certain responsibilities as to the Township's record-keeping, reporting and record access for a period of four years from September 24, 2018. (See pp. 4-7:¶¶7-9&11 of Consent Order attached hereto). Pursuant to the express terms of the Consent Order, at this juncture the Township's responsibilities set forth in the Consent Order have since been fully satisfied and this matter should be officially terminated.

  In light thereof, at this time we respectfully request that the State execute the attached stipulation of dismissal with prejudice, and return same to the undersigned for filing in the above-referenced matter within seven (7) business days. Your courtesies and cooperation in this regard are greatly appreciated.

Should you have any questions or concerns, please do not hesitate to contact the undersigned directly at (973) 334-1900 at any time.

Very truly yours,

Jonathan Testa, Esq.
Dorsey & Semrau, LLC
714 Main Street
Boonton, NJ 07005
973-334-1900
FAX: 973-334-3408
jtesta@dorseysemrau.com

CONFIDENTIALITY NOTICE: This electronic message contains information from the law firm of Dorsey & Semrau. This email and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please forward same to sender and destroy the original transmission and its attachments without reading or saving in any manner.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

# Jonathan Testa

| | |
|---|---|
| **From:** | Jonathan Testa |
| **Sent:** | Thursday, January 19, 2023 12:32 PM |
| **To:** | James Michael |
| **Subject:** | RE: Follow-up re: Gurbir S. Grewal v. Township of Mahwah; Civil Action No. 2:17-cv-11988 |

Mr. Michael: Is there a way that you can streamline this? It is my understanding from my client that Mahwah has been in compliance for over 4 years. I have been directed to file a formal motion to enforce litigants rights by tomorrow. But as discussed yesterday, I am doing my best to forego same in light of the fact that we both represent government entities.

Jonathan Testa, Esq.
Dorsey & Semrau, LLC
714 Main Street
Boonton, NJ 07005
973-334-1900
FAX: 973-334-3408
jtesta@dorseysemrau.com

CONFIDENTIALITY NOTICE: This electronic message contains information from the law firm of Dorsey & Semrau. This email and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please forward same to sender and destroy the original transmission and its attachments without reading or saving in any manner.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** James Michael <James.Michael@law.njoag.gov>
**Sent:** Thursday, January 19, 2023 12:03 PM
**To:** Jonathan Testa <jtesta@dorseysemrau.com>
**Subject:** RE: Follow-up re: Gurbir S. Grewal v. Township of Mahwah; Civil Action No. 2:17-cv-11988

While I indicated I would give you a response by noon today, I am still waiting for the final approval from my client. I hope to have that soon and will let you know when I receive it.

James R. Michael, Deputy Attorney General
Chief, Administrative Civil Rights Section
Division of Law
P.O. Box 45029
Newark, New Jersey 07101

(973) 877-1280

**From:** Jonathan Testa <jtesta@dorseysemrau.com>
**Sent:** Wednesday, January 18, 2023 1:36 PM
**To:** James Michael <James.Michael@law.njoag.gov>
**Subject:** [EXTERNAL] FW: Follow-up re: Gurbir S. Grewal v. Township of Mahwah; Civil Action No. 2:17-cv-11988

See attached. And below.

**From:** Jonathan Testa
**Sent:** Wednesday, November 16, 2022 10:34 AM
**To:** james.michael@law.njoag.gov
**Cc:** Fred Semrau (fsemrau@dorseysemrau.com) <fsemrau@dorseysemrau.com>; Susan Sharpe <ssharpe@dorseysemrau.com>; Tammy Probst-Smith <tprobst@dorseysemrau.com>; BKezmarsky@mahwahtwp.org
**Subject:** Follow-up re: Gurbir S. Grewal v. Township of Mahwah; Civil Action No. 2:17-cv-11988

Dear Chief Deputy Attorney General Michael:

As you may recall, Dorsey and Semrau serves as the Municipal Attorneys for the Township of Mahwah. On October 24, 2022, the undersigned sent to you via email, regular and certified mail, correspondence requesting the Attorney General execute the attached stipulation of dismissal with prejudice for the purpose of execution and filing to formally bring the litigation of Gurbir S. Grewal v. Township of Mahwah; Civil Action No. 2:17-cv-11988 to final conclusion.

In this regard, please be reminded that this matter was previously resolved pursuant to a Consent Order and Final Judgment entered on September 24, 2018, a copy of which is enclosed herein for ease of reference and your review (hereinafter "Consent Order"). The Consent Order and Final Judgment entered in the above-referenced litigation on September 24, 2018 included, amongst other items, certain responsibilities as to the Township's record-keeping, reporting and record access for a period of four years from September 24, 2018. (See pp. 4-7:¶¶7-9&11 of Consent Order attached hereto). Pursuant to the express terms of the Consent Order, at this juncture the Township's responsibilities set forth in the Consent Order have since been fully satisfied and fulfilled. Accordingly, this matter should be officially terminated by dismissal of this matter with prejudice in accordance with ¶13 of the Consent Order).

To date, we have not received a response from the State despite this office receiving confirmation of a both a "read receipt" of my prior email of October 24, 2022, as well as a "delivery" confirmation that the certified mail was received by your office. If you take issue with the stipulation of dismissal or otherwise have suggestions concerns with proceeding in this proposed manner, we request that you promptly advise of same so that we can bring this matter to its final conclusion in short order.

Please do not hesitate to contact the undersigned directly at (973) 334-1900 at any time.

Very truly yours,

Jonathan Testa, Esq.
Dorsey & Semrau, LLC
714 Main Street
Boonton, NJ 07005
973-334-1900

2

FAX: 973-334-3408
jtesta@dorseysemrau.com

CONFIDENTIALITY NOTICE: This electronic message contains information from the law firm of Dorsey & Semrau. This email and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please forward same to sender and destroy the original transmission and its attachments without reading or saving in any manner.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Jonathan Testa
**Sent:** Monday, October 24, 2022 3:49 PM
**To:** 'james.michael@law.njoag.gov' <james.michael@law.njoag.gov>
**Cc:** Fred Semrau (fsemrau@dorseysemrau.com) <fsemrau@dorseysemrau.com>; Susan Sharpe <ssharpe@dorseysemrau.com>; Tammy Probst-Smith <tprobst@dorseysemrau.com>; 'BKezmarsky@mahwahtwp.org' <BKezmarsky@mahwahtwp.org>
**Subject:** Gurbir S. Grewal v. Township of Mahwah; Civil Action No. 2:17-cv-11988

Dear Chief Deputy Attorney General Michael:

Fred Semrau, Esq., of this Office serves as the Municipal Attorney for the Township of Mahwah ("Township"). On behalf of the Township, we write to you regarding the above-referenced litigation, which was previously resolved pursuant to a Consent Order and Final Judgment entered on September 24, 2018, a copy of which is enclosed herein for ease of reference and your review (hereinafter "Consent Order").

In this regard, the Consent Order and Final Judgment entered in the above-referenced litigation on September 24, 2018 included, amongst other items, certain responsibilities as to the Township's record-keeping, reporting and record access for a period of four years from September 24, 2018. (See pp. 4-7:¶¶7-9&11 of Consent Order attached hereto). Pursuant to the express terms of the Consent Order, at this juncture the Township's responsibilities set forth in the Consent Order have since been fully satisfied and this matter should be officially terminated.

In light thereof, at this time we respectfully request that the State execute the attached stipulation of dismissal with prejudice, and return same to the undersigned for filing in the above-referenced matter within seven (7) business days. Your courtesies and cooperation in this regard are greatly appreciated.

Should you have any questions or concerns, please do not hesitate to contact the undersigned directly at (973) 334-1900 at any time.

Very truly yours,

Jonathan Testa, Esq.

Dorsey & Semrau, LLC
714 Main Street
Boonton, NJ 07005
973-334-1900
FAX: 973-334-3408
jtesta@dorseysemrau.com

CONFIDENTIALITY NOTICE: This electronic message contains information from the law firm of Dorsey & Semrau. This email and any files attached may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please forward same to sender and destroy the original transmission and its attachments without reading or saving in any manner.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE The information contained in this communication from the Office of the New Jersey Attorney General is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this e-mail, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the Office of the Attorney General at (609) 292-4925 to arrange for the return of this information.