Jonathan Testa, Esq.
Attorney ID: 015152009
**Dorsey & Semrau**
714 Main Street
Boonton, New Jersey 07005
T:(973)334-1900
F:(973)334-3408
jtesta@dorseysemrau.com
Attorneys Defendants Township of Mahwah
and Mahwah Township Council

| | |
|---|---|
| GURBIR S. GREWAL, Attorney General of New Jersey; CRAIG SASHIHARA, Director of the New Jersey Division on Civil Rights; and CATHERINE R. McCABE, Commissioner of the Department of Environmental Protection,<br><br>Plaintiffs,<br><br>-vs-<br><br>TOWNSHIP OF MAHWAH and MAHWAH TOWNSHIP COUNCIL<br><br>Defendants. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY (NEWARK VICINAGE)**<br><br>**CIVIL ACTION NO.: 2:17-CV-11988-JMV-JBC**<br><br>**CERTIFICATION OF SERVICE** |

I, Jonathan Testa, Esq., an attorney-at-law of the State of New Jersey, licensed to practice in the Federal District Court for the District of New Jersey, do hereby certify as to the following:

1. On January 24, 2023, I caused the within Notice of Motion, Legal Brief, Certification of Counsel & Exhibits, Certification of Benjamin Kezmarsky, this Certification of Service, and the proposed form of order to be filed via CM/ECF with the Clerk of Court, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street Room 4015, Newark, NJ 07101.

2. On January 24, 2023, I caused one copy of the above-listed documents to be served via CM/ECF, Electronic Mail, and USPS upon Plaintiffs' Counsel of Record as follows:

>Chief, Deputy Attorney General James Michael, Esq.
>New Jersey Division of Law,
>Administrative Practice - Newark Group
>Administrative Civil Rights Section
>124 Halsey Street 5th Floor (PO Box 45029)
>Newark, New Jersey 07101
>Emails: james.michael@law.njoag.gov;
>NJAG.ElectronicService.CivilMatters@law.njoag.gov
>(Attorney for Plaintiffs)

3.   In accordance with the Order of the Honorable Stuart Rabner, Chief Justice of the Supreme Court of New Jersey, issued on April 7, 2020, service on the Office of the Attorney General, Department of Law & Public Safety−Division of Law, is to be made electronically to:

NJAG.ElectronicService.CivilMatters@law.njoag.gov

4.   I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

>Respectfully submitted,
>**Dorsey & Semrau, LLC**
>Attorneys for Defendants
>Township of Mahwah and
>Mahwah Township Council

By:   */s/ Jonathan Testa*
>JONATHAN TESTA, ESQ.
>Attorney ID: 015152009
>714 Main Street
>Boonton, New Jersey 07005
>T:(973)334-1900
>Email: jtesta@dorseysemrau.com

Dated:  January 24, 2023